**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PHILLIPS 66 COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2914 |
| | : | |
| **1842 RIDGE AVE LLC** | : | |

## JUDGMENT ORDER

**AND NOW**, this 10th day of October 2024, upon considering Plaintiff's Motion (ECF 14) seeking a permanent injunction, mindful in our October 1, 2024 Order (ECF 15) we struck Plaintiff's demands for damages, punitive damages, and attorney's fees but reserved our continuing review of Plaintiff's request for permanent injunctive relief, noting Plaintiff served our October 1, 2024 Order (ECF 15) upon Defendant by October 3, 2024, for reasons in today's accompanying Memorandum, and for good cause, it is **ORDERED** we **GRANT** Plaintiff's request for permanent injunctive relief in its Complaint (ECF 1), requiring and enter **JUDGMENT** in favor of the Plaintiff Phillips 66 Company and against Defendant 1842 Ridge Ave LLC:

1. Defendant is permanently enjoined from using CONOCO Marks & Trade Dress, any element thereof, and any other name, mark, or trade dress confusingly like the CONOCO Marks & Trade Dress with notice the CONOCO Marks & Trade Dress include the following:

    a. The mark CONOCO;

    b. The CONOCO Capsule Device and the Road Design Logo; and,




c.	The fuel dispenser and island elements, a 45-degree angle red and silver striping on the canopy and fuel dispenser valences, a canopy and fuel island design including red and silver striping on the poles, and other distinctive components, for example:



2.	As soon as possible, and no later than **November 11, 2024**, Defendant will permanently remove the CONOCO Marks & Trade Dress from the 1840 Ridge Ave, Philadelphia, PA 19121, including by permanently removing the gas pumps and CONOCO marks on the main ID sign from the Infringing Site;

3.	Absent Defendant's compliance with this Order on or before **November 17, 2024**, Plaintiff is granted leave to move for an Order of Contempt, Seizure, and Destruction (*see e.g.* ECF 46, *BP America Inc. et al. v. Diwan Petrol, Inc.*, No. 21-2437 (E.D.Pa. May 17, 2022) with supporting affidavit seeking, among other warranted relief, directing the United States Marshal to accompany Counsel for Plaintiff and any sign-removal personnel under those attorneys' supervision, to the Infringing Site at 1840 Ridge Ave, Philadelphia, PA 19121, oversee the removal of all interior and exterior signs, gas pumps, and other usage at that location bearing the mark CONOCO Marks & Trade Dress, or any mark confusingly similar to CONOCO Marks & Trade Dress, and allow Plaintiff's counsel to retain the signs, gas pumps, and other materials for destruction;

4. A violation of this Judgment may be punishable as a contempt of Court, in addition to all other remedies available at law or in equity; and,

5. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**